IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: DANCOR TRANSIT, INC., Debtor        No. 2:20-bk-70536
       Ch. 11

**DANCOR TRANSIT, INC.**        PLAINTIFF

v.        No. 2:20-ap-07024

**UNITED STATES OF AMERICA; the
SMALL BUSINESS ADMINISTRATION; and
JOVITA CARRANZA, in her official capacity
as ADMINISTRATOR for the SMALL
BUSINESS ADMINISTRATION**        **DEFENDANTS**

**SUPPLEMENT TO ORDER AND OPINION
DENYING DEBTOR'S REQUEST FOR
PRELIMINARY INJUNCTION ON CORE CLAIMS AND
REPORT AND RECOMMENDATIONS ON NON-CORE CLAIMS**

On June 22, 2020, the Court entered its order denying the debtor's request for preliminary injunction on core and non-core claims. This order supplements the June 22, 2020 order [June 22 order]. The proposed findings of fact and conclusions of law of the June 22 order were prepared pursuant to Rule 9033 for transmission to the United States District Court for the Western District of Arkansas. *See* Fed. R. Bankr. P. 9033. The June 22 order shall become effective as a final order fourteen days after the June 22 order was served on the parties unless, within the fourteen-day period, a party serves and files with the Bankruptcy Clerk objections to the June 22 order as provided by Rule 9033(b). *See* Fed. R. Bankr. P. 9033(b). If objections are filed, the June 22 order shall be subject to review by the District Court pursuant to Rule 9033.

IT IS SO ORDERED.

       /s/ Ben Barry
       Ben Barry
       United States Bankruptcy Judge
       Dated: 06/29/2020

cc: Kevin Keech, attorney for debtor
Michael Tye, attorney for SBA
United States Trustee
All interested parties